UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                Plaintiff,

-against-

RICHARD CASEY, ET AL.,

                Defendants.

25-CV-1851 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brought this action *pro se*. By order dated May 2, 2025, the Court dismissed the action because Plaintiff did not file an application to proceed *in forma pauperis* or pay the $405.00 in fees necessary to bring a civil action in this court. (ECF 5.) The Clerk of Court entered judgment on May 5, 2025. (ECF 6.)

    On September 26, 2025, more than four months after the Court dismissed this action, Plaintiff submitted the $405.00 in fees. Payment of the fees to bring this action that is submitted after this action has been dismissed will not cause the Court to reopen this action. The Court therefore directs the Clerk of Court to return payment of the fees to Plaintiff. This action remains closed. If Plaintiff wishes to pursue her claims, she may refile the complaint and pay the required filing fees at that time.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

2

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 3, 2025
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge